**Order filed October 17, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00825-CV

_____

**KENDRA CAIN, Appellant**

**V.**

**ESTATE OF LYDIA TEBO NORMAN, AS ESTATE REPRESENTATIVE OF LYDIA TEBO NORMAN, Appellee**

---

**On Appeal from the Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 391,454-401**

---

## O R D E R

The notice of appeal in this case was filed September 18, 2013. The clerk's record was filed October 1, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **October 28, 2013.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM